# MEMORANDUM CASES.

[Civ. No. 4752. Second Appellate District, Division Two—December 8, 1924.]

## JOHN LAPIQUE, Petitioner, v. THE SUPERIOR COURT OF LOS ANGELES COUNTY et al., Respondents.

[1] CERTIORARI—COSTS.—Motion to strike from the files petitioner's memorandum of costs granted upon authority of *Platnauer* v. *Superior Court,* 33 Cal. App. 394.

MOTION to strike out petitioner's memorandum of costs. Granted.

The facts are stated in the opinion of the court.

John Lapique, *in pro. per.,* for Petitioner.

Roy W. Dowds for Respondents.

THE COURT.—[1] This is a motion to strike from the files petitioner's memorandum of costs. Upon the authority of and for the reasons stated in *Platnauer* v. *Superior Court,* 33 Cal. App. 394 [165 Pac. 41], the motion to strike is granted.